# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| NUSTAR ENTERPRISES LLC,<br><br>    Plaintiff,<br>v.<br><br>RELOADED MERCH LLC, and BILL OMAR CARRASQUILLO,<br><br>    Defendants. | Case No. 2:22-cv-00080-PPS-JEM |

## SUPPLEMENT TO PLAINTIFF'S
## MOTION TO COMPEL JURISDICTIONAL DISCOVERY

    Plaintiff, NuStar Enterprises LLC, respectfully submits this supplement to its Motion to Compel Jurisdictional Discovery filed on August 12, 2022. (Dkt. 30.) After Plaintiff filed its Motion to Compel, counsel for Plaintiff learned that Defendants' counsel, in fact, sent an email on August 11, 2022 at 11:59 p.m. EST in response to the parties' discovery conference and counsel's follow up email, committing to supplement Defendants' discovery by "early next week," but cautioning that they would "continue to maintain the bulk of their objections." A true and correct copy of this email is attached hereto as <u>Exhibit A</u>. Counsel had not originally been aware of this correspondence because it was captured in counsel's Quarantined Emails folder.

    Accordingly, Plaintiff respectfully submits this supplement to correct the statement in its Motion to Compel and the supporting declaration of Sanjay S. Karnik that "[a]s of this filing, Plaintiff has not received a further response to its discovery letter…." (Dkt. 30 at 5); (Dkt. 30-2, ¶ 12). Plaintiff will further supplement its motion with any supplementation received from the Defendants early next week.

*(signature on following page)*

1

Dated: August 12, 2022.                    Respectfully submitted,

                                           */s/ Sanjay S. Karnik*
                                           George R. Spatz
                                           Sanjay S. Karnik
                                           AMIN TALATI WASSERMAN, LLP
                                           100 S. Wacker Dr., Suite 2000
                                           Chicago, IL 60606
                                           Telephone: (312) 327-3327
                                           Facsimile: (312) 884-7352
                                           GSpatz@amintalati.com
                                           Sanjay@amintalati.com

                                           Andrew M. Hicks
                                           Warrick & Boyn, LLP
                                           861 Parkway Avenue
                                           Elkhart, IN 46516
                                           Office: (574) 294-7491
                                           Fax: (574) 294-7284
                                           ahicks@warrickandboyn.com

                                           *Attorneys for Plaintiff,*
                                           *NuStar Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2022, a copy of the foregoing document identified as PLAINTIFF'S SUPPLEMENT TO MOTION TO COMPEL JURISDICTIONAL DISCOVERY was served on all parties' counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Sanjay S. Karnik*
George R. Spatz
Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3327
Facsimile: (312) 884-7352
GSpatz@amintalati.com
Sanjay@amintalati.com