# Jennifer Colkitt

| | |
|---|---|
| **From:** | Scott Baker <Scott@Axenfeldlaw.com> |
| **Sent:** | Thursday, August 11, 2022 10:59 PM |
| **To:** | Sanjay Karnik |
| **Cc:** | Dmitry Lapin; Robert R. Axenfeld; George Spatz |
| **Subject:** | Re: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses |

Sanjay:

Having considered the issues you raised on Tuesday, we are preparing supplemental responses to SSV's jurisdictional discovery requests intended to address many of those issues. As we discussed, defendants will continue to maintain the bulk of their objections but will provide additional substantive responses subject to and without waiving those objections.

We intend to send you those responses early next week.

Very truly yours,

Scott

**Scott L. Baker, Esq**. | **Axenfeld Law Group, LLC** | *Special Counsel*
2001 Market St., Suite 2500, Philadelphia, PA 19103
(215) 422-3000 | scott@axenfeldlaw.com

*This communication including all attachments may be subject to the attorney-client privilege or the attorney-work-product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.*

> On Aug 11, 2022, at 6:10 PM, Sanjay Karnik <sanjay@amintalati.com> wrote:
>
> Dmitry and Scott,
>
> Following our call on Tuesday in which we discussed Defendants' objections to the jurisdictional discovery ordered by the Court (Dkt. 24-12), we agreed that Defendants would provide their position on withdrawing their "limited scope" objections and supplementation by today. We have not received any response from you. Please advise.
>
> Thank you,
> Sanjay
>
>
> Sanjay S. Karnik
> AMIN TALATI WASSERMAN, LLP
>
> **From:** Sanjay Karnik
> **Sent:** Monday, August 8, 2022 7:12 PM
> **To:** 'Dmitry Lapin' <Dmitry@Axenfeldlaw.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>

**Cc:** George Spatz <gspatz@amintalati.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Thanks Dmitry, I have updated the invite. We look forward to speaking with you tomorrow.

Thank you,
Sanjay


Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP

**From:** Dmitry Lapin [mailto:Dmitry@Axenfeldlaw.com]
**Sent:** Monday, August 8, 2022 6:18 PM
**To:** Sanjay Karnik <sanjay@amintalati.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** Re: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Confirmed for 1pm CST tomorrow.

Get Outlook for Android

---

**From:** Sanjay Karnik <sanjay@amintalati.com>
**Sent:** Monday, August 8, 2022, 6:21 PM
**To:** Dmitry Lapin <Dmitry@Axenfeldlaw.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Dmitry,

I need to fill my 3:30pm CST spot. Please confirm 1:00pm CST tomorrow works for you.

Thank you,
Sanjay


Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP

**From:** Sanjay Karnik
**Sent:** Monday, August 8, 2022 5:02 PM
**To:** 'Dmitry Lapin' <Dmitry@Axenfeldlaw.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Dmitry,

We are available at 1:00pm CST or at 3:30 CST tomorrow. Please let me know which works and I will revise the calendar invite.

Sanjay



Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP

---

**From:** Dmitry Lapin [mailto:Dmitry@Axenfeldlaw.com]
**Sent:** Monday, August 8, 2022 4:57 PM
**To:** Sanjay Karnik <sanjay@amintalati.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com; Dean Leazenby <dleazenby@warrickandboyn.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Sanjay, writing to let you know that a judge in another case just scheduled a conference call for 9:30amCST/10:30am EST tomorrow, which we believe will extend past the 11am start time for our call. Are you available tomorrow afternoon?

Dmitry Lapin, Esq.
Senior Litigation Counsel | Axenfeld Law Group, LLC
2001 Market St., Suite 2500,
Philadelphia, PA 19103
917-979-4570 | Dmitry@axenfeldlaw.com

This communication including all attachments may be subject to the attorney-client privilege or the attorney-work-product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.

---

**From:** Sanjay Karnik <sanjay@amintalati.com>
**Sent:** Monday, August 8, 2022 1:19 PM
**To:** Dmitry Lapin <Dmitry@Axenfeldlaw.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com; Dean Leazenby <dleazenby@warrickandboyn.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Thanks, Dmitry – I have sent a calendar invite to you and Mr. Axenfeld with the call info. Please let me know if I should invite others in your office.

Thank you,
Sanjay



Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP

**From:** Dmitry Lapin [mailto:Dmitry@Axenfeldlaw.com]
**Sent:** Monday, August 8, 2022 11:49 AM
**To:** Sanjay Karnik <sanjay@amintalati.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com; Dean Leazenby <dleazenby@warrickandboyn.com>; Scott Baker <Scott@Axenfeldlaw.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Sanjay, tomorrow at 10am CST/11am EST works. Please send over the info for the call. Thanks.

Dmitry Lapin, Esq.
Senior Litigation Counsel | Axenfeld Law Group, LLC
2001 Market St., Suite 2500,
Philadelphia, PA 19103
917-979-4570 | Dmitry@axenfeldlaw.com

This communication including all attachments may be subject to the attorney-client privilege or the attorney-work-product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.

**From:** Sanjay Karnik <sanjay@amintalati.com>
**Sent:** Friday, August 5, 2022 6:08 PM
**To:** Dmitry Lapin <Dmitry@Axenfeldlaw.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com; Dean Leazenby <dleazenby@warrickandboyn.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Thank you for your letter, Dmitry. I am available on Tuesday (Aug. 9) at 10:00am CST to discuss. Please let me know if this time works for you (or propose an alternative time on Tuesday), and I will send an invite with a conference line.

Sanjay


Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP

**From:** Dmitry Lapin [mailto:Dmitry@Axenfeldlaw.com]
**Sent:** Thursday, August 4, 2022 4:33 PM
**To:** Sanjay Karnik <sanjay@amintalati.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com; Dean Leazenby <dleazenby@warrickandboyn.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Good afternoon, please see attached in response.

Dmitry Lapin, Esq.
Senior Litigation Counsel | Axenfeld Law Group, LLC
2001 Market St., Suite 2500,
Philadelphia, PA 19103
917-979-4570 | Dmitry@axenfeldlaw.com

This communication including all attachments may be subject to the attorney-client privilege or the attorney-work-product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.

---

**From:** Sanjay Karnik <sanjay@amintalati.com>
**Sent:** Monday, August 1, 2022 10:54 AM
**To:** Dmitry Lapin <Dmitry@Axenfeldlaw.com>; Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Cc:** George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com; Dean Leazenby <dleazenby@warrickandboyn.com>
**Subject:** RE: NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Dear Counsel,

Please see the attached letter on behalf of Plaintiff NuStar Enterprises LLC.

Thank you,
Sanjay Karnik


Sanjay S. Karnik
AMIN TALATI WASSERMAN, LLP

**From:** Dmitry Lapin [mailto:Dmitry@Axenfeldlaw.com]
**Sent:** Friday, July 29, 2022 3:18 PM
**To:** Sanjay Karnik <sanjay@amintalati.com>; George Spatz <gspatz@amintalati.com>; ahicks@warrickandboyn.com
**Cc:** Robert R. Axenfeld <Robert@Axenfeldlaw.com>
**Subject:** NuStar Enterprises LLC v. Reloaded Merch LLC & Carrasquillo - Jurisdictional Discovery Responses

Sanjay, please see attached. If you have any technical issues with the excel files, please let me know. I will be able to address any technical issues on Monday.

Have a good weekend.

Dmitry Lapin, Esq.
Senior Litigation Counsel | Axenfeld Law Group, LLC
2001 Market St., Suite 2500,
Philadelphia, PA 19103
917-979-4570 | Dmitry@axenfeldlaw.com

This communication including all attachments may be subject to the attorney-client privilege or the attorney-work-product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or

to anyone other than the designated and intended recipient(s) is unauthorized.  If you are not the intended recipient, please delete or destroy this communication immediately.