UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| NUSTAR ENTERPRISES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:22CV80-PPS/JEM |
| | ) | |
| RELOADED MERCH LLC and | ) | |
| BILL OMAR CARRASQUILLO, | ) | |
| | ) | |
| Defendants. | ) | |
| -------------------------------------------------------- | ) | |
| RELOADED MERCH LLC and | ) | |
| BILL OMAR CARRASQUILLO, | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NUSTAR ENTERPRISES LLC and | ) | |
| KEITH NORVELL CARTER, JR., | ) | |
| | ) | |
| Counter-Defendants. | ) | |

**ORDER**

The parties' joint Stipulation and Proposed Order of Dismissal [DE 61] is SO ORDERED. This action, including all remaining claims and counterclaims, is DISMISSED WITH PREJUDICE, all parties bearing their own costs and attorneys' fees.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED** on January 27, 2023.

    /s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE